*Arnold V. Amore II*, special public defender, in support of the petition.

*Theresa Anne Ferryman*, senior assistant state's attorney, in opposition.

Decided April 12, 2005

## STATE OF CONNECTICUT *v.* KEVIN MARSHALL

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 592 (AC 24373), is denied.

*Andrew S. Liskov*, special public defender, in support of the petition.

*Proloy K. Das*, deputy assistant state's attorney, in opposition.

Decided April 12, 2005

## STATE OF CONNECTICUT *v.* JAMES W.

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 494 (AC 24396), is denied.

*William F. Gallagher*, in support of the petition.

*Joseph T. Corradino*, senior assistant state's attorney, in opposition.

Decided April 12, 2005

## JOHN A. GOMES *v.* MASSACHUSETTS BAY INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 87 Conn. App. 416 (AC 24409), is denied.